UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-40011
PIERCE FOOD SERVICE EQUIPMENT, )
)
) Chapter: 7
)
) Honorable Donald R. Cassling
)
Debtor(s) )

**ORDER GRANTING MOTION TO EXTEND ALL COMPLIANCE DATES REQUIRED BY ORDER OF CONVERSION**

THIS CAUSE COMING ON TO BE HEARD upon the motion of Danny Pierce to extend all compliance dates required by order of conversion, due notice issued to the Office of the U.S. Trustee, the duly appointed interim trustee, the Debtor and those creditors and parties in interest registered with the Court's ECF system, this Court having jurisdiction and having heard from the Trustee and the Office of the U.S. Trustee,

IT IS HEREBY ORDERED AS FOLLOWS:

Debtor is granted until July 20, 2016 to fulfill the following obligations:

(a)   Account for and turnover to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Fed. R. Bankr. P. 1019(4);

(b)   File a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5) ;

(c)   File a final report and account as required by Fed. R. Bankr. P. 1019(5); and

(d)   File the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

Enter:

J. Cox         *Jacqueline P. Cox*

Dated: June 28, 2016

United States Bankruptcy Judge

**Prepared by:**

Law Office of Deborah Kanner Ebner
11 E Adams St.
Suite 904
Chicago IL 60603

Rev: 20101118_bko