IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                                              )   Chapter 7
    PIERCE FOOD SERVICE EQUIPMENT,   )   Case No. 15-40011
                  Debtor.             )   Honorable Donald R. Cassling

### DEBTOR'S AMENDED FINAL REPORT
### PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Danny Pierce, Designated Representative, by and through his attorneys, Deborah K. Ebner, and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, makes the following Amended final report.

1. This case was filed as a Chapter 11 on November 24, 2015.

2. The case was converted to a Chapter 7 on the motion of the U.S. Trustee Office on June 7, 2016.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

| Vendor/Creditor | Amount |
| --- | --- |
| Super Fleet<br>POB 740587<br>Cincinatti OH 45274 | $81.05 |
| Garton & Vogt PC *<br>38550 Garfield<br>Suite A<br>Clinton Township MI 48038 | $1,941.79 |
| TransWorld Systems, Inc.<br>POB 15520<br>Wilmington DE 19850-550 | $480.85 |
| Office of the U.S. Trustee<br>219 S Dearborn Street<br>Suite 873<br>Chicago IL 60604 | $3,900.00 |

---

* Consignment Obligation

| | | |
|---|---|---|
| Spesia & Ayers *<br>1415 Black Rd<br>Joliet IL 60435 | | $2,375.00 |
| American Range<br>13592 Desmond St.<br>Pacoima CA 91331 | | $12,000.00 |
| Alpha Distributors<br>4700 N Ronald St.<br>Harwood Heights IL 60706 | | $9,000.00 |
| Advanta<br>POB 660676<br>Dallas TX 75266 | | $12,320.96 |
| Ageez Grill *<br>1118 W Wilson<br>Chicago IL 60640 | | $4,000.00 |
| Bill Palumbo *<br>c/o Plymoth Country Club, Inc.<br>10055 Pretty Lake Trail<br>Plymouth IN 46563 | | $3,800.00 |
| Capital One<br>POB 6492<br>Carol Stream IL 60197 | | $9,296.42 |
| Capital One<br>POB 6492<br>Carol Stream IL 60197 | | $37,664.01 |
| Chanan Dozier *<br>7307 Forest Ridge Drive<br>Schererville IN 46375 | | $10,350.00 |
| David Lobue dba Mike's Pizza *<br>c/o Robert Monahan<br>4229 Grove Ave.<br>Gurnee IL 60031 | Mike's Pizza *<br>33491 N Old Walnut Circle<br>Gurnee IL | $15,000.00 |
| Grainger<br>c/o Teller Levit & Silvertrust<br>19 S LaSalle St.<br>Suite 701<br>Chicago IL 60603 | | $11,004.62 |

* Consignment Obligation

| | |
|---|---|
| Gutke Eric *<br>c/o Fukson Khorshid LLC<br>70 W Erie<br>2nd Floor<br>Chicago IL 60654 | $6,500.00 |
| Heavenly Delight Cakes *<br>220 Maine St.<br>Windsor IL 61957 | $2,800.00 |
| Jeff Manis *<br>4123 Cherry Rd<br>Oswego IL 60543 | $5,300.00 |
| Martin Handle *<br>2323 S Mt. Prospect Rd.<br>Des Plaines IL 60015 | $9,250.00 |
| Shell<br>POB 183019<br>Columbus OH 43218 | $2,757.00 |
| Sprint<br>6200 Sprint Parkway<br>Overland Park KS 66251 | $3,000.00 |
| Steven Opalinski *<br>11850 Lynch Dr.<br>Orland Park IL 60462 | $1,680.00 |
| Sylvester Jones *<br>c/o D.S. Jones Group<br>154 Pheasant Rd<br>Matteson IL 60443 | $5,500.00 |
| Westmont Yard *<br>233 W 63rd St.<br>Westmont IL 60559 | $5,000.00 |
| WEX<br>POB 6293<br>Carol Stream IL 60197 | $329.45 |

---

* Consignment Obligation

| | |
|---|---|
| Nancy's Pizza *<br>18861 90th Ave.<br>Suite H<br>Mokena IL 60448 | $15,000.00 |
| Office Depot<br>POB 78004<br>Phoenix AZ 85062 | $9,284.48 |
| RTS<br>12305 New Ave<br>Lemont IL | $5,000.00 |
| Spicy Brands, LLC *<br>2209 Water Oaks Circle<br>Emond OK 73012 | $4,000.00 |
| Gina Maria's *<br>1400 HWY North<br>Suite B<br>Plymouth MN 55447 | $5,000.00 |
| Bortolo's Pizza *<br>7307 Forest Ridge Dr.<br>Schererville IN | $5,000.00 |
| Galena Main Street Cheesecakes, Inc. *<br>116 S Bench St.<br>Galena IL | $800.00 |
| Rocky Mountain Chocolate Factory *<br>156 N York Rd<br>Elmhurst IL | $2,000.00 |
| Nami Sushi *<br>7344 W Lawrence<br>Harwood Heights IL | $4,500.00 |
| Angeelo's Pizzeria *<br>156 S Flynn Rd.<br>Westville IN 46391 | $5,000.00 |
| Edward Foreman *<br>4740 Saratoga<br>Downers Grove IL 60515 | $2,500.00 |

\* Consignment Obligation

| | |
|---|---|
| Chicago Style Pizzeria *<br>Bloomington IL 61701 | $20,000.00 |
| Jimmy Johns *<br>1746 N Milwaukee Ave.<br>Libertyville IL | $2,500.00 |
| Torch Cookery *<br>4914 Main St<br>Lisle IL | $5,000.00 |
| Old Crow Smoke House *<br>1100 American Ln<br>Schaumburg IL 60173 | $5,000.00 |
| Noble Roman's Take-N-Bake Pizza *<br>1669 Montgomery Rd<br>Suite 7<br>Aurora IL 60504 | $5,000.00 |

Dated: July 19, 2016

Respectfully submitted,
Danny Pierce,

By: _____

As Designated Representative

---

* Consignment Obligation