# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| PIERCE FOOD SERVICE EQUIPMENT, | ) ) | **Case No. 15-40011** |
| | ) | **Honorable Donald R. Cassling** |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 16th day of April, 2018, he caused the

*Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object*

*(NFR)* to be filed electronically with the Court.  Notice of this filing will be served by U.S. Mail,

first-class postage prepaid, to the parties listed on the attached service list.

Dated:  April 16, 2018                                            BRIAN A. AUDETTE, INTERIM TRUSTEE


                                                                            By: */s/ Brian A. Audette*
                                                                                    Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534

139434414.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-40011<br>Northern District of Illinois<br>Chicago<br>Mon Apr 16 10:36:13 CDT 2018 | Cohen & Krol<br>105 W. Madison Street<br>Suite 105<br>Chicago, IL 60602-4600 | PIERCE FOOD SERVICE EQUIPMENT<br>9685 W. 55th Street<br>La Grange, IL 60525-3670 |
| Town Bank<br>N35W23877 Highfield Court<br>Suite 100<br>Pewaukee, WI 53072-6325 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AGEEZ GRILL<br>1118 W WILSON<br>CHICAGO, IL 60640-5617 |
| Abe Taha<br>c/o Chicago Skyline Pizzeria<br>1500 E. Empire<br>Bloomington, IL 61701-7907 | Advanta<br>P.O. Box 660676<br>Dallas, TX 75266-0676 | Alpha Distributors, Inc.<br>4700 N. Ronald St.<br>Harwood Heights, IL 60706-3816 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | BILL PALUMBO<br>C/O PLYMOUTH COUNTRY CLUB INC<br>10055 PRETTY LAKE TRAIL<br>PLYMOUTH, IN 46563-8254 | BOB & JUDI BRATCHER<br>C/O STEFANELLI'S DELI<br>1250 E 9TH ST<br>LOCKPORT, IL 60441-3204 |
| CHANAN DOZIER<br>7652 BRITTANY COURT<br>FRANKFORT, IL 60423-2145 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carla M. Hopkins<br>614 S. Gullview Drive<br>Peotone, IL 60468-8991 |
| Chicago Style Pizzeria, Inc.<br>Hartweg, Turner, Wood & DeVary, P.C<br>207 West Jefferson Street, Suite 400<br>Bloomington, IL 61701-3969 | Chris Peters<br>207 E. Ohio Street<br>Number 458<br>Chicago, IL 60611 | DAVID J. LOBUE<br>38568 Waveland<br>Wadsworth, IL 60083-8665 |
| Danny Pierce<br>R.R.1<br>PO Box 603<br>Lemont, IL 60439-0603 | David G. Armstrong<br>Hartweg, Turner, Wood & DeVary P.C.<br>207 W Jefferson Street, Suite 400<br>Bloomington, IL 61701-3969 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 |
| Echo<br>22168 Network Place<br>Chicago, IL 60673-1221 | FRANK R MARSHALL<br>2560 Glendale Avenue<br>GREENBAY, WI 54313-6849 | Galena Main Street Cheesecakes, Inc<br>Cathy Moon<br>116A South Bench Street<br>Galena, IL 61036-2202 |
| Grainger<br>c/o Teller, Levit & Silvertrust<br>19 S LaSalle Stre, Suite 701<br>Chicago, IL 60603 | Gutke Eric<br>c/o Fuksa Khorshid LLC<br>70 W Erie, 2nd Floor<br>Chicago, IL 60654-6268 | Heartland Payment Systems<br>P.O. Box 67<br>Bloomington, IL 61702-0067 |
| Heavely Delight Cakes<br>Lester Adams<br>908 Charleston Ave<br>Matton, IL 61938-4223 | Illininois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 |

```
(p)ILLINOIS DEPARTMENT OF REVENUE        (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
BANKRUPTCY DEPARTMENT                    CENTRALIZED INSOLVENCY OPERATIONS        Mail Stop 5014CHI
P O BOX 64338                            PO BOX 7346                              230 S. Dearborn Street, Room 2600
CHICAGO IL 60664-0338                    PHILADELPHIA PA 19101-7346               Chicago, Illinois 60604-1705


JEFF MANIS                               Kazimierz Hornik                         Luba Suchec
4123 CHERRY RD                           7328 W. 59th Street, Unit 1              c/o Leonard Law Firm
OSWEGO, IL 60543-6814                    Summit, IL 60501-1472                    542 S. Dearborn St., 10th Floor
                                                                                  Chicago, IL 60605-1508


MARTIN HANDLE                            Martin Hadle                             Maurice Grant
2323 S MOUNT PROSPECT RD                 2323 South Mount Prospect Road           Grant Law LLC
DES PLAINES, IL 60018-1811               Des Plaines, Illinois 60018-1811         230 W. Monroe St., Ste 240
                                                                                  Chicago, IL 60606-4730


Michael Silbert                          Michael's Pizza Inc                      NANCY'S PIZZA
222 N. LaSalle St.                       Richard L Goldner                        8131 S ASHLAND
Suite 200                                605 E Ogeen Ave                          CHICAGO, IL 60620-4321
Chicago, IL 60601-1114                   Naperville, IL 60563-3282


(p)CITIBANK                              Office of the U.S. Trustee               PB & J LLC of MI
PO BOX 790034                            219 S. Dearborn St.                      c/o Patrick Hingst
ST LOUIS MO 63179-0034                   Room 873                                 712 N Dorchester
                                         Chicago, IL 60604-2027                   Royal Oak MI 48067-2165


PB&J LLC of MI                           RTS                                      Robert J. Leoni
Patrick Hingst                           12305 New Avenue                         16061 South 94th Avenue
712 N Dorchester                         Lemont, IL 60439-2611                    Orland Hills, IL 60487-4623
Royal Oak, MI 48067-2165


STEVEN OPALINSKI                         SYLVESTER JONES                          Sal's Italian Restaurant
11850 LYNCH DR                           C/O D.S. JONES GROUP                     Attn: Kendall Clay
ORLAND PARK, IL 60467-4483               154 PHEASANT RD                          P.O. Box 852
                                         MATTESON, IL 60443-1023                  Radford, VA 24143-0852


Seaway Bank & Trust                      Seaway Bank and Trust Company            Shell
645 E. 87th Street                       645 East 87th Street                     P.O. Box 183019
Chicago, IL 60619-6183                   Chicago, IL 60619-6183                   Columbus, OH 43218-3019


(p)SPRINT NEXTEL CORRESPONDENCE          Stephen Opalinski                        (p)T MOBILE
ATTN BANKRUPTCY DEPT                     11850 Lynch Drive                        C O AMERICAN INFOSOURCE LP
PO BOX 7949                              Orland Park, IL 60467-4483               4515 N SANTA FE AVE
OVERLAND PARK KS 66207-0949                                                       OKLAHOMA CITY OK 73118-7901


Verizon                                  Verizon Wireless                         W.W. Grainger Inc
William Vermette                         PO Box 4002                              7300 North Melvina Ave
22001 Loudoun Pkwy                       Acworth, GA 30101-9003                   Niles, IL 60714-3906
Ashburn, VA 20147
```

```
Westmont Yard Corporation              Wex                                    William Miller
Attn: Natash                           P.O. Box 6293                          48 Tartan Lakes Dr.
233 W 63rd Street                      Carol Stream, IL 60197-6293            Westmont, IL 60559-6163
Westmont, IL 60559-2609


Worldwide Express                      Brian Audette                          David P Lloyd
PO Box 408379                          Perkins Coie LLP                       David P. Lloyd, Ltd.
Chicago, IL 60640-0010                 131 S Dearborn Street, Suite 1700      615B S. LaGrange Rd.
                                       Chicago, IL 60603-5559                 LaGrange, IL 60525-6864


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue         (d)Illinois Department of Revenue      Internal Revenue Service
Bankruptcy Unit                        Bankruptcy Unit                        230 S. Dearborn
PO Box 19035                           PO Box 19035                           Room 2600, M/S 5014CHI
Springfield, IL 6279-9035              Springfield, IL 62794-9035             Chicago, IL 60604


Office Depot                           Sprint                                 (d)Sprint Corp.
P.O. Box 78004                         6200Spirnt Parkway                     Attn Bankruptcy Dept
Phoenix, AZ 85062                      Overland Park, KS 66251                PO Box 7949
                                                                              Overland Park KS 66207-0949


T-Mobile
PO Box 21367
Tampa, FL 33664
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Popowcer Katten, Ltd                (u)Seaway Bank and Trust Company       (u)Danny Pierce



(du)Danny Pierce                       (u)Lois West                           End of Label Matrix
                                                                              Mailable recipients    66
                                                                              Bypassed recipients     5
                                                                              Total                  71
```