**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PIERCE FOOD SERVICE EQUIPMENT    § Case No. 15-40011
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,295.20                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,578.04     Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $43,421.96

---

   3) Total gross receipts of $ 70,000.00  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2** ), yielded net receipts of $70,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $14,660.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 49,271.96 | 43,421.96 | 43,421.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 76,961.78 | 18,668.22 | 18,668.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,830,111.14 | 1,814,236.59 | 7,909.82 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,971,004.88 | $1,876,326.77 | $70,000.00 |

4) This case was originally filed under Chapter 7 on November 24, 2015. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2018          By: /s/Brian Audette
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | 70,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$70,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26S | CHANAN DOZIER | 4210-000 | N/A | 14,660.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$14,660.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - Perkins Coie LLP | 3110-000 | N/A | 10,145.00 | 10,145.00 | 10,145.00 |
| U.S. Trustee Quarterly Fees - Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 5,850.00 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 5,525.00 | 5,525.00 | 5,525.00 |
| Other - Illinois Department of Revenue (ADMINISTRATIVE) | 2820-000 | N/A | 21,001.96 | 21,001.96 | 21,001.96 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $49,271.96 | $43,421.96 | $43,421.96 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | N/A | 2,000.00 | 0.00 | 0.00 |
| 5 -2 | Internal Revenue Service | 5800-000 | N/A | 2,000.00 | 0.00 | 0.00 |
| 5 -3 | Internal Revenue Service | 5800-000 | N/A | 2,000.00 | 0.00 | 0.00 |
| 5 -4 | Internal Revenue Service | 5800-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| 8P | Illinois Department of Revenue | 5800-000 | N/A | 16,668.22 | 16,668.22 | 16,668.22 |
| 13 | Illinois Department of Revenue | 5800-000 | N/A | 10,459.61 | 0.00 | 0.00 |
| 21 | Illinois Department of Revenue | 5800-000 | N/A | 7,667.40 | 0.00 | 0.00 |
| 28 | Illininois Department of Revenue | 5800-000 | N/A | 34,166.55 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $76,961.78 | $18,668.22 | $18,668.22 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Westmont Yard Corporation | 7100-000 | N/A | 6,122.24 | 6,122.24 | 26.71 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,296.42 | 9,296.42 | 40.56 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 37,664.10 | 37,664.10 | 164.32 |
| 4 | Stephen Opalinski | 7100-000 | N/A | 1,680.00 | 1,680.00 | 7.33 |
| 6 | Chicago Style Pizzeria, Inc. | 7100-000 | N/A | 21,929.79 | 21,929.79 | 95.68 |
| 7 | W.W. Grainger Inc | 7100-000 | N/A | 10,943.16 | 10,943.16 | 47.74 |
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 1,963.14 | 1,963.14 | 8.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| 9 | Michael's Pizza Inc | 7100-000 | N/A | 14,080.93 | 14,080.93 | 61.43 |
| 10 | FRANK R MARSHALL | 7100-000 | N/A | 6,155.50 | 6,155.50 | 26.86 |
| 11 | Martin Hadle | 7100-000 | N/A | 18,000.00 | 18,000.00 | 0.00 |
| 12 | Heavely Delight Cakes | 7100-000 | N/A | 2,800.00 | 2,800.00 | 12.22 |
| 14 | Sprint Corp. | 7100-000 | N/A | 4,287.58 | 4,287.58 | 18.71 |
| 15 | Alpha Distributors, Inc. | 7100-000 | N/A | 12,218.22 | 12,218.22 | 53.31 |
| 16 | DAVID J. LOBUE | 7100-000 | N/A | 91,362.00 | 91,362.00 | 398.60 |
| 17 | Verizon | 7100-000 | N/A | 13,210.87 | 13,210.87 | 57.64 |
| 18 | SYLVESTER JONES | 7100-000 | N/A | 5,500.00 | 5,500.00 | 0.00 |
| 20 | Office of the U.S. Trustee (ADMINISTRATIVE) | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | Galena Main Street Cheesecakes, Inc | 7100-000 | N/A | 1,300.00 | 1,300.00 | 5.67 |
| 23 | Kazimierz Hornik | 7100-000 | N/A | 6,500.00 | 6,500.00 | 0.00 |
| 24 | Chris Peters | 7100-000 | N/A | 249,829.37 | 249,829.37 | 0.00 |
| 25 | American InfoSource LP as agent for | 7100-000 | N/A | 5,884.55 | 5,884.55 | 25.67 |
| 26U | CHANAN DOZIER | 7100-000 | N/A | 760.00 | 760.00 | 0.00 |
| 27 | Carla M. Hopkins | 7100-000 | N/A | 4,750.00 | 4,750.00 | 0.00 |
| 29 | PB&J LLC of MI | 7100-000 | N/A | 15,874.55 | 0.00 | 0.00 |
| 29 -2 | PB&J LLC of MI | 7100-000 | N/A | 15,874.55 | 15,874.55 | 69.26 |
| 30 | Seaway Bank and Trust Company | 7100-000 | N/A | 1,270,879.27 | 1,270,879.27 | 5,544.65 |
| | U.S. Bankruptcy Court | 7100-000 | N/A | 1,244.90 | 1,244.90 | 1,244.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,830,111.14 | $1,814,236.59 | $7,909.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40011  **Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Case Name:** PIERCE FOOD SERVICE EQUIPMENT  **Filed (f) or Converted (c):** 06/07/16 (c)
**§341(a) Meeting Date:** 07/27/16
**Period Ending:** 12/05/18  **Claims Bar Date:** 12/05/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>By Line Bank Berwyn, IL | 700.00 | 700.00 | | 0.00 | FA |
| 2 | SECURITY DEPOSITS<br>Nicor Gas Security Deposit for two accounts | 5,685.00 | 5,685.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSITS<br>Commonwealth Edison Security Deposit | 260.20 | 260.20 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>Kitchen for employees: table w/ five chairs, 2 burner grill, flat top & char grill w/ hood, refrigerator, microwave | 650.00 | 650.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Telephone system, computers, desks & chairs, copier & fax machine | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>Warehouse Equipment: forklift, racks, pallets, time clock | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | INVENTORY<br>Used restaurant equipment including: cookware, refrigerators, walk in coolers, freezers, ovens, pizza ovens, etc. | 502,065.00 | 502,065.00 | | 70,000.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$512,360.20** | **$512,360.20** | | **$70,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017   **Current Projected Date Of Final Report (TFR):**   April 16, 2018  (Actual)

Printed: 12/05/2018 10:20 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-40011  
**Case Name:** PIERCE FOOD SERVICE EQUIPMENT  

**Taxpayer ID #:** **-***8119  
**Period Ending:** 12/05/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/17/16 | {8} | Pierces Equipment, Inc. | Payment per 11.01.16 court order | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/17/16 | {8} | Remitter: Dawn M. Pierce | Payment per 11.01.16 court order | 1129-000 | 65,000.00 | | 70,000.00 |
| 05/15/18 | 101 | Perkins Coie LLP | Dividend paid 100.00% on $10,145.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,145.00 | 59,855.00 |
| 05/15/18 | 102 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $6,750.00, Trustee Compensation;  Reference: | 2100-000 | | 6,750.00 | 53,105.00 |
| 05/15/18 | 103 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $5,525.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 5,525.00 | 47,580.00 |
| 05/15/18 | 104 | Illinois Department of Revenue (ADMINISTRATIVE) | Dividend paid 100.00% on $21,001.96, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 21,001.96 | 26,578.04 |
| 05/15/18 | 105 | Internal Revenue Service | Dividend paid  50.30% on $2,000.00; Claim# 5 -4; Filed: $2,000.00; Reference: | 5800-000 | | 1,006.08 | 25,571.96 |
| 05/15/18 | 106 | Illinois Department of Revenue | Dividend paid  50.30% on $16,668.22; Claim# 8P; Filed: $16,668.22; Reference: | 5800-000 | | 8,384.79 | 17,187.17 |
| 05/15/18 | 107 | Illininois Department of Revenue | Dividend paid  50.30% on $34,166.55; Claim# 28; Filed: $34,166.55; Reference: Stopped on 05/24/18 | 5800-000 | | 17,187.17 | 0.00 |
| 05/24/18 | 107 | Illininois Department of Revenue | Dividend paid  50.30% on $34,166.55; Claim# 28; Filed: $34,166.55; Reference: Stopped: check issued on 05/15/18 | 5800-000 | | -17,187.17 | 17,187.17 |
| 06/25/18 | 108 | Internal Revenue Service | Dividend paid 100.00% on $2,000.00; Claim# 5 -4; Filed: $2,000.00; Reference: | 5800-000 | | 993.92 | 16,193.25 |
| 06/25/18 | 109 | Westmont Yard Corporation | Dividend paid   0.43% on $6,122.24; Claim# 1; Filed: $6,122.24; Reference: | 7100-000 | | 26.71 | 16,166.54 |
| 06/25/18 | 110 | Stephen Opalinski | Dividend paid   0.43% on $1,680.00; Claim# 4; Filed: $1,680.00; Reference: | 7100-000 | | 7.33 | 16,159.21 |
| 06/25/18 | 111 | Chicago Style Pizzeria, Inc. | Dividend paid   0.43% on $21,929.79; Claim# 6; Filed: $21,929.79; Reference: | 7100-000 | | 95.68 | 16,063.53 |
| 06/25/18 | 112 | W.W. Grainger Inc | Dividend paid   0.43% on $10,943.16; Claim# 7; Filed: $10,943.16; Reference: | 7100-000 | | 47.74 | 16,015.79 |
| 06/25/18 | 113 | Michael's Pizza Inc | Dividend paid   0.43% on $14,080.93; Claim# 9; Filed: $14,080.93; Reference: | 7100-000 | | 61.43 | 15,954.36 |
| 06/25/18 | 114 | FRANK R MARSHALL | Dividend paid   0.43% on $6,155.50; Claim# 10; Filed: $6,155.50; Reference: | 7100-000 | | 26.86 | 15,927.50 |
| 06/25/18 | 115 | Martin Hadle | Dividend paid   0.43% on $18,000.00; Claim# 11; Filed: $18,000.00; Reference: Stopped on 10/01/18 | 7100-000 | | 78.53 | 15,848.97 |

Subtotals :          $70,000.00          $54,151.03

{} Asset reference(s)                    Printed: 12/05/2018 10:20 AM     V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-40011  
**Case Name:** PIERCE FOOD SERVICE EQUIPMENT  

**Taxpayer ID #:** **-***8119  
**Period Ending:** 12/05/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/25/18 | 116 | Heavely Delight Cakes | Dividend paid   0.43% on $2,800.00; Claim# 12; Filed: $2,800.00; Reference: | 7100-000 | | 12.22 | 15,836.75 |
| 06/25/18 | 117 | Sprint Corp. | Dividend paid   0.43% on $4,287.58; Claim# 14; Filed: $4,287.58; Reference: | 7100-000 | | 18.71 | 15,818.04 |
| 06/25/18 | 118 | Alpha Distributors, Inc. | Dividend paid   0.43% on $12,218.22; Claim# 15; Filed: $12,218.22; Reference: | 7100-000 | | 53.31 | 15,764.73 |
| 06/25/18 | 119 | DAVID J. LOBUE | Dividend paid   0.43% on $91,362.00; Claim# 16; Filed: $91,362.00; Reference: | 7100-000 | | 398.60 | 15,366.13 |
| 06/25/18 | 120 | Verizon | Dividend paid   0.43% on $13,210.87; Claim# 17; Filed: $13,210.87; Reference: | 7100-000 | | 57.64 | 15,308.49 |
| 06/25/18 | 121 | SYLVESTER JONES | Dividend paid   0.43% on $5,500.00; Claim# 18; Filed: $5,500.00; Reference: Stopped on 10/01/18 | 7100-000 | | 24.00 | 15,284.49 |
| 06/25/18 | 122 | Galena Main Street Cheesecakes, Inc | Dividend paid   0.43% on $1,300.00; Claim# 22; Filed: $1,300.00; Reference: | 7100-000 | | 5.67 | 15,278.82 |
| 06/25/18 | 123 | Kazimierz Hornik | Dividend paid   0.43% on $6,500.00; Claim# 23; Filed: $6,500.00; Reference: Stopped on 10/01/18 | 7100-000 | | 28.36 | 15,250.46 |
| 06/25/18 | 124 | Chris Peters | Dividend paid   0.43% on $249,829.37; Claim# 24; Filed: $249,829.37; Reference: Stopped on 10/01/18 | 7100-000 | | 1,089.97 | 14,160.49 |
| 06/25/18 | 125 | American InfoSource LP as agent for | Dividend paid   0.43% on $5,884.55; Claim# 25; Filed: $5,884.55; Reference: | 7100-000 | | 25.67 | 14,134.82 |
| 06/25/18 | 126 | CHANAN DOZIER | Dividend paid   0.43% on $760.00; Claim# 26U; Filed: $760.00; Reference: Stopped on 10/01/18 | 7100-000 | | 3.32 | 14,131.50 |
| 06/25/18 | 127 | Carla M. Hopkins | Dividend paid   0.43% on $4,750.00; Claim# 27; Filed: $4,750.00; Reference: Stopped on 10/01/18 | 7100-000 | | 20.72 | 14,110.78 |
| 06/25/18 | 128 | PB&J LLC of MI | Dividend paid   0.43% on $15,874.55; Claim# 29 -2; Filed: $15,874.55; Reference: | 7100-000 | | 69.26 | 14,041.52 |
| 06/25/18 | 129 | Seaway Bank and Trust Company | Dividend paid   0.43% on $1,270,879.27; Claim# 30; Filed: $1,270,879.27; Reference: | 7100-000 | | 5,544.65 | 8,496.87 |
| 06/25/18 | 130 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3 | | | 204.88 | 8,291.99 |
| | | | Dividend paid   0.43% on    40.56 $9,296.42;  Claim# 2; Filed: $9,296.42 | 7100-000 | | | 8,291.99 |
| | | | Dividend paid   0.43% on   164.32 $37,664.10;  Claim# 3; | 7100-000 | | | 8,291.99 |

Subtotals :       $0.00       $7,556.98

{} Asset reference(s)

Printed: 12/05/2018 10:20 AM        V.13.32

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 15-40011  
**Case Name:** PIERCE FOOD SERVICE EQUIPMENT  

**Taxpayer ID #:** **-***8119  
**Period Ending:** 12/05/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $37,664.10 | | | | |
| 06/25/18 | 131 | Illinois Department of Revenue | Combined Check for Claims#8U,8P | | | 8,291.99 | 0.00 |
| | | | Dividend paid 0.43% on 8.56 $1,963.14; Claim# 8U; Filed: $1,963.14 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 8,283.43 on $16,668.22; Claim# 8P; Filed: $16,668.22 | 5800-000 | | | 0.00 |
| 10/01/18 | 115 | Martin Hadle | Dividend paid 0.43% on $18,000.00; Claim# 11; Filed: $18,000.00; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -78.53 | 78.53 |
| 10/01/18 | 121 | SYLVESTER JONES | Dividend paid 0.43% on $5,500.00; Claim# 18; Filed: $5,500.00; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -24.00 | 102.53 |
| 10/01/18 | 123 | Kazimierz Hornik | Dividend paid 0.43% on $6,500.00; Claim# 23; Filed: $6,500.00; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -28.36 | 130.89 |
| 10/01/18 | 124 | Chris Peters | Dividend paid 0.43% on $249,829.37; Claim# 24; Filed: $249,829.37; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -1,089.97 | 1,220.86 |
| 10/01/18 | 126 | CHANAN DOZIER | Dividend paid 0.43% on $760.00; Claim# 26U; Filed: $760.00; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -3.32 | 1,224.18 |
| 10/01/18 | 127 | Carla M. Hopkins | Dividend paid 0.43% on $4,750.00; Claim# 27; Filed: $4,750.00; Reference: Stopped: check issued on 06/25/18 | 7100-000 | | -20.72 | 1,244.90 |
| 10/11/18 | 132 | U.S. Bankruptcy Court | Unclaimed funds | 7100-000 | | 1,244.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,000.00 | 70,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 70,000.00 | 70,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,000.00** | **$70,000.00** | |

{} Asset reference(s)

Printed: 12/05/2018 10:20 AM   V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-40011  
**Case Name:** PIERCE FOOD SERVICE EQUIPMENT  

**Taxpayer ID #:** **-***8119  
**Period Ending:** 12/05/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | | | | | |
| | | **Checking # ******9466** | | | 70,000.00 | 70,000.00 | 0.00 |
| | | | | | $70,000.00 | $70,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/05/2018 10:20 AM  V.13.32